UNITED STATES DISTRICT COURT
for
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

U.S.A. vs. Shane Dion Houser                                Docket No. 5:01-CR-241-1BO

**Petition for Action on Supervised Release**

COMES NOW Keith W. Lawrence, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Shane Dion Houser, who, upon an earlier plea of guilty to Count 2- Carjacking and Aiding and Abetting, in violation of 18 U.S.C. §§ 2119 and 2 and Count 3- Use, Carry, or Possession of a Firearm During and in Relation to a Crime of Violence, With Firearm Brandished, and Aiding and Abetting, in violation of 18 U.S.C. 924(c)(1)(A)(ii) and 2, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on August 27, 2002, to the custody of the Bureau of Prisons for a term of 234 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court. On September 22, 2005, pursuant to a Federal Rule of Criminal Procedure 35 (b) motion, the term of imprisonment was reduced to 150 months on Count 2 and 84 months on Count 3, to run concurrently with Count 1. Shane Dion Houser was released from custody on March 14, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** In an effort to assist the defendant with mental health issues, job skills, and employment, we would respectfully recommend that his supervised release be modified to include the following additional conditions. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

2. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert K. Britt<br>Robert K. Britt<br>Senior U.S. Probation Officer | /s/ Keith W. Lawrence<br>Keith W. Lawrence<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: (910) 483-8613<br>Executed On: March 19, 2014 |

**ORDER OF COURT**

Considered and ordered this ___ day of March____, 2014, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge

Case 5:01-cr-00241-BO   Document 78   Filed 03/24/14   Page 1 of 1